# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY BANKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> NATE HARPER, Chief of Police; ) <br> OFFICER FREEMAN (P.O.D.); OFFICER ) <br> SMELTZ (P.P.D.); SGT. ZETT (P.O. D.); ) <br> OFFICER GORECKI (P.P.D.); OFFICER ) <br> MARTIN (P.P.D.); OFFICER SLATCOFF ) <br> (P.P.D.); OFFICER WILLIS (P.P.D.); ) <br> OFFICER HANLEY (P.P.D.); OFFICER ) <br> LINCOLN (P.P.D.); OFFICER ROSATO ) <br> (P.P.D.), ) <br> Defendants. ) | Civil Action No. 12-1850 <br><br> Judge Cathy Bissoon <br> Magistrate Judge Maureen P. Kelly |

## MEMORANDUM ORDER

On January 25, 2013, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates. On March 18, 2014, the magistrate judge issued a Report and Recommendation (Doc. 44) recommending that Plaintiff's Complaint (Doc. 3) be dismissed for failure to prosecute. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 25th day of April, 2014,

IT IS HEREBY ORDERED that the March 18, 2014 Report and Recommendation (Doc. 44) is adopted as the opinion of the Court.  Plaintiff's Complaint (Doc. 3) is dismissed for failure to prosecute.

          s/ Cathy Bissoon  
          Cathy Bissoon  
          United States District Judge

cc:

All counsel of record by Notice of Electronic Filing

Tony Banks  
#94417  
Allegheny County Jail  
950 Second Avenue  
Pittsburgh, PA 15219